## MOTION DOCKET

**95–1286.** State ex rel. Gen. Housewares Corp. v. Indus. Comm. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

F.E. SWEENEY, J., dissents.

**95–1358.** State ex rel. Toledo Edison Co. v. Clyde. *Sandusky County,* Nos. S–88–046 and S–95–002. On motion for admission *pro hac vice* of Gregg D. Ottinger, Esq., and John P. Coyle, Esq., by William D. Pearce, Esq. Motion granted.

RESNICK, J., not participating.

**95–1537.** ALLTEL Ohio, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 94–2019–TP–ACE. On motion for admission *pro hac vice* of Robert G. Berger by Boyd B. Ferris. Motion granted.

WRIGHT and RESNICK, JJ., not participating.

**95–1975.** State v. Hatcher. *Cuyahoga County,* No. 66281. On motion for leave to file delayed appeal. Motion denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**95–2002.** Litigaide, Inc. v. Custodian of Records for Lakewood Police Dept. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

**95–2029.** State v. Freeman. *Cuyahoga County,* No. 64531. On motion for leave to file delayed appeal. Motion denied.

**95–2048.** State v. Whitaker. *Butler County,* No. CA94–11–205. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**95–2062.** State v. Vanderhoff. *Lake County,* No. 94–L–192. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**95–2069.** State v. Fields. *Butler County,* No. CA94–06–121. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.